Order entered April 16, 2020



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01397-CV

### COREY STEELE, Appellant

### V.

### UG NATIONAL, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07861**

## ORDER

Before the Court is appellant's April 15, 2020 motion for extension of time to file his brief on the merits. The motion was filed after appellant inadvertently received a notice from the Court that his brief is past-due.

Appellant filed a motion for review of the trial court's order on indigency. The motion, which will determine whether the appellate record needs to be filed without prepayment of costs, remains pending. Accordingly, appellant's brief is not yet due and his motion is **DENIED as premature.** The Court will set a

deadline for the filing of appellant's brief once the motion for review of the indigency order is determined.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE